IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD RICKS,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**B. ALBITRE, et. al.,**<br><br>                              Defendants. | Case No. 1:13-cv-00039 DLB<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>(Document 23) |

   Good cause having been shown, Defendants Albitre, Cavazos, Davis, and Lozano are granted an additional thirty days, up to and including March 26, 2014, within which to file and serve a responsive pleading to Plaintiff's Complaint.

IT IS SO ORDERED.

   Dated:   **February 24, 2014**                    /s/ Dennis L. Beck
                                                     UNITED STATES MAGISTRATE JUDGE