# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RICKS, | 1:13-cv-00039 LJO DLB (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT RONALD RICKS, CDCR #D-07543, PLAINTIFF** |
| vs. | |
| B. ALBITRE, et al., | |
| Defendants. | DATE: June 12, 2014<br>TIME: 10:00 a.m. |

**RONALD RICKS**, inmate, **CDCR # D-07543**, a necessary and material witness in a settlement conference in this case on June 12, 2014, is confined at California Substance Abuse Treatment Facility (CSATF), P.O. Box 7100, Corcoran, CA 93212, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Sheila K. Oberto at the United States Courthouse, 2500 Tulare Street, Fresno, California 93721, in Courtroom #7, on Thursday, June 12, 2014, at 10:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:   The Warden of CSATF, P.O. Box 7100, Corcoran, CA 93212**:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **May 5, 2014**                              /s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE