FILED

JUN 12 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RICKS,<br><br>    Plaintiff,<br><br>v.<br><br>B. ALBITRE, et al.,<br><br>    Defendants. | Case No. 1:13-cv-00039-LJO-DLB (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF RONALD RICKS, CDCR #D-07543, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(Doc. 34) |

The settlement conference set for June 12, 2014, at 10:00 a.m. before the undersigned has now concluded. Accordingly, **Ronald Ricks, CDCR #D-07543**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

The Court notes for the record that, at the Court's request, the California Department of Corrections and Rehabilitation transportation officers waited outside the courtroom in the entryway, within the eyesight of the officers, to allow the undersigned to communicate confidentially with the plaintiff. Present in the courtroom was a Court Security Officer.

DATED: June 12, 2014

/s/ Sheila K. Oberto
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE